UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## 07 CA 11817 MLW

Jonathan Lee Riches©,
Plaintiff

FILED
IN CLERKS OFFICE

2007 SEP 20 A 11: 43

U.S. DISTRICT COURT
DISTRICT OF MASS.

U.S. MAGISTRATE JUDGE _Bowler_

V.

BILL BELICHICK, individually and in his official capacity as
NEW ENGLAND PATRIOTS HEAD COACH;
TOM BRADY, individually and in his official capacity as NEW
ENGLAND PATRIOTS QUARTERBACK;
RANDY MOSS, individually and in his official capacity as
NEW ENGLAND PATRIOTS WIDE RECIEVER,
DEFENDANTS

## COMPLAINT
"ILLEGALLY SPYING ON MY LIFE"
TRO TEMPORARY RESTRAINING ORDER

Comes Now the Plaintiff, Jonathan Lee Riches©, in pro-se, Moves this
Honorable Court to issue an order for Defendants named in this suit to
respond. This suit is violations of Federal wiretap laws 18 USC 2511,
violations of the Communications act of 1934 47 USC 605, unlawful
eavesdropping, invasion of privacy, copyright infringement, unfair
Business practices, conspiracy to commit fraud, and harassment. Plaintiff
also moves this Honorable Court to issue a TRO Temporary Restraining Order
against Defendants forbidding further infringement of privacy. Plaintiff
Seeks $5,000,000.00 Million dollars and injunctive relief from Defendants.
Plaintiff respectfully asks for a Jury trial to hear this case. Plaintiff prays
For relief

## 1

Since the 1970's Bill Belichick and Defendant's have been in a vast conspiracy with video equipment to illegally tape anything and everything with significant value, Belichick has been secretly recording numerous scandals nationwide over the years. Belichick intercepted calls in 1996 of Representative John Boehner Dec 21, 1996 driving behind Boehner on a Florida highway, then Defendant illegally sold the pirate tape to Representative James McDermott for $250,000 thousand. Then Belichick gave the $250,000 to Tom Brady's parents to buy a Cape Cod home, in return that Brady would play for the New England Patriots, and Brady made Belichick promise that Belichick will arrange to get their starting Quarterback Drew Bledsoe hurt in games.

## 2

Bill Belichick is in a conspiracy today with Los Angeles spy Anthony Pelicano to buy and record the Home residence of NFL commissioner Roger Goodel. Pelicano under Belichick's orders went to Goodel's home the day after he became Commissioner, and put listening devices on all of Goodel's phone lines, put bugs in Goodel's bedroom, and video cameras on a GPS feed in Goodel's bathroom. Everyday Belichick watches the commissioners moves and records it without the commissioner knowing. Belichick told me "I'm going to blackmail Roger Goodel, make him resign, then take over to be commissioner." Belichick told me "when I become commissioner I'll let any player do steroids." "I dont care, I need players on steroids to get tiv. ratings." Belichick also told me "I'm the real father to Tom Brady's child."

## 3

The NFC can't stop Belichick from recording other teams. Belichick has cameras on the GoodYear Blimp with the help of the NSA has the lens zoomed down to the opponents sideline At Gillette Stadium. I worked as a Janitor at the Stadium in 2001. I personally know Foxboro Stadium had video cameras in the bathroom stalls, and Defendant's have a Monthy contract to sell the footage to Idaho senator Larry Craig. This Bathroom scandal I'm exposing also involves the producers of Candid camera who buys Belichicks secret recordings in Stadium

Bathroom stalls from every home game in 2002 and 2003 without the public knowing they are being recorded using the bathroom, Defendant's also use the footage for voyeurism. On Nov 10, 2002 -while cleaning Belichick's office I found bathroom recordings of fans and snuff videos inside Belichick's desk. He also had secret recordings of Board members at Heward Packard.

4

Belichick is a peeping tom Brady. He has secret wiretaps on every starting quarterback in the NFL from their homes. Belichick asked me once on October 20, 2003 if I will sit in a van across the street of Quarterback Chad Pennington of the NY Jets house and record his every moves. Belichick is so obsessed with recording people I caught him with transcripts at my Plea bargin hearing in my federal criminal case when my 6th amendment rights are being violated. Belichick is withholding this evidence.

5

Belichick is a sick and mentally disturbed man. He told me on a phone call on Aug 20, 2007 that he recorded, that he sends Randy Moss to Boston Hospitals to spy on ultra sounds. Randy Moss is sent everyday under Belichicks orders to record Traffic signals at red lights in Boston. All of the Defendants I witnessed sleep with Kodak film

6

May 6, 2007 - Defendants sold my copyrighted pictures to the National Enquirer I'm very camera shy and feel humiliated by Defendant's conduct

September 16, 2007 - Defendant's Brady and moss wore recording devices in their uniforms during the Game against the San diego chargers. Moss also secretly installed a radio shack recording device on the sleeve of chargers LB Merriman without Merriman knowing. When LB Merriman would go back to the huddle, Belichick heard the play calling. This is cheating. Belichick does this at many games.

## 1

ON May 20, 2006 - Defendant's illegally taped my Prison phone calls to my family, then sold the tapes to CNN producer Andy Segal who illegally aired my copyrighted Voice on CNN presents "How to Rob a bank". I experienced a invasion of privacy from Defendant's actions, My heart is broke forever.

I'm terrified of Defendant Belichick. He told me if I expose his illegal wiretaps that he would get the owner of the Patriots, MR. Kraft who owns Kraft foods to put poison in the Kraft cheese I eat at prison.

ON June 13, 2007. I was illegally video taped by Defendants in my cell Naked, this tape was played at the 2007 NFL draft. Defendant's then sold Jonathan Lee Riches© copyrighted material to Julius Rosenberg at a drop site in Bunker Hill, who sold the Material to Chinese Cyber Crime officials.

Oct 2003- Defendant's made tapes for rapper R Kelly of underage girls

April 9, 2003- Defendant's planted recording devices in the U.S. Supreme court. That's illegal

May 20, 2006- Defendant's record what my mind is thinking

Defendants cheated during the 2005 Super bowl against the Philadelphia Eagles. Before the game Tom Brady put a recording device in Donovan McNabbs chunky Soup. He ate it.

### TRO Temporary Restraining Order

Plaintiff moves this court to protect me from being recorded by Defendants. My voice has a rare pitch that would sell for millions if Defendants sell it to napster. Plaintiff compels this court to install metal detectors at stadiums the Patriots play, and make the Patriots administration go through them before hitting the field. Defendant's have given me paranoia, I've suffered anxiety, fear, I think the mirrors are watching me. Defendant's want to use my arms for football goal posts. I feel humiliated by Defendant's conduct since the 1970's when they illegally taped watergate.

Jonathan Lee Riches©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
(843) 387-9400

Respectfully
Submitted _____
                        Jonathan Lee Riches©
                        U.C.C 1-308